### U.S. District Court for the Northern District Of Illinois
### Attorney Appearance Form

Case Title: U.S.A. v. Changlin Wu        Case Number: 1:20-cv-4519

An appearance is hereby filed by the undersigned as attorney for:

Changlin Wu

Attorney name (type or print): John Nagle

Firm: Gordon Law Group

Street address: 4709 GOLF RD., SUITE 1100

City/State/Zip: Skokie, IL 60079

Bar ID Number: 6308042        Telephone Number: 847-305-1230
(See item 3 in instructions)

Email Address: johnn@gordonlawltd.com

| | | | |
|---|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | ☐ No |
| Are you acting as local counsel in this case? | ✔ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ✔ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ✔ No |

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 06/06/2022

Attorney signature: S/ John Nagle
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015