IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:20-CV-4519 |
| Plaintiff, | ) |
| | ) Assigned Judge: |
| v. | ) Hon. John Robert Blakey |
| | ) |
| CHANGLIN WU, | ) Designated Magistrate Judge: Hon. |
| | ) Heather K. McShain |
| Defendant. | ) |

**STIPULATION OF VOLUNTARY DISMISAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff United States of America and Defendant Changlin Wu hereby stipulate to dismiss the above-captioned case with prejudice.

Respectfully submitted,

/s/*Bradley A. Sarnell*
BRADLEY A. SARNELL
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 55
Washington, DC 20044
(202)307-1038 (v)
(202)514-5238 (f)
Bradley.A.Sarnell@usdoj.gov

*/s/John Nagle (with consent)*
JOHN NAGLE
Gordon Law Group, Ltd.
4709 Golf Rd., Suite 1100
Skokie, IL 60079
(847) 305-1230 (p)
(847) 305-1202 (f)
JohnN@GORDONLAWLTD.COM

1